459 A.2d 35

Commonwealth v. Bracey, Jr., Appellant.

Petition for Allowance of Appeal
Denied Sept. 7, 1983.

Submitted September 21, 1982. John Francis Lyons, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., filed a memorandum concurring statement.